**Order entered May 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00278-CV

### JULIE E. SCHMADER, Appellant

### V.

### MATTHEW M. BUTSCHEK D/B/A ACCENT FINANCIAL SERVICES, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01100-2012**

## ORDER

We **GRANT** the May 14, 2015 motion of Marigay Black, Certified Shorthand Reporter, for an extension of time to file the reporter's record. The reporter's record shall be filed by **MAY 22, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Marigay Black, Kristen Kopp, Official Court Reporter for the County Court at Law No. 2 of Collin County, Texas, and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
JUSTICE